IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EUGENE CHERWINK,<br><br>      Plaintiff,<br><br>  v.<br><br>CAROLYN W COLVIN,<br><br>      Defendant.<br>_____/ | No. C 13-05147 CW<br><br>**ORDER DIRECTING PARTIES TO INFORM COURT WHETHER THEY CONSENT TO A MAGISTRATE JUDGE FOR ALL PURPOSES** |

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment.  See Civil L.R. 73-1(b).

Accordingly, the parties are hereby DIRECTED to advise the Court, no later than November 27, 2013, as to whether they consent to have a magistrate judge conduct all further proceedings in the instant action.[1]  For the parties' convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section.  The parties are further advised that they may jointly request assignment to a specific magistrate judge.

IT IS SO ORDERED.

Dated:  November 13, 2013

                                          CLAUDIA WILKEN
                                          United States District Judge

---

[1] Normally, the Court would direct the parties to so inform the Court in their Joint Case Management Statement filed in connection with a case management conference.  Because the instant action involves a review of an administrative record, however, a case management conference has not been scheduled.