**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EUGENE CHERWINK, | No. C 13-05147 CW |
| Plaintiff, | **ORDER DIRECTING PARTIES TO INFORM COURT WHETHER THEY CONSENT TO A MAGISTRATE JUDGE FOR ALL PURPOSES** |
| v. | |
| CAROLYN W COLVIN, | |
| Defendant. | |
| _____/ | |

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment.  See Civil L.R. 73-1(b).

Accordingly, the parties are hereby DIRECTED to advise the Court, no later than November 27, 2013, as to whether they consent to have a magistrate judge conduct all further proceedings in the instant action.[1] For the parties' convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section.  The parties are further advised that they may jointly request assignment to a specific magistrate judge.

IT IS SO ORDERED.

Dated:  November 13, 2013

_____
CLAUDIA WILKEN
United States District Judge

---

[1]Normally, the Court would direct the parties to so inform the Court in their Joint Case Management Statement filed in connection with a case management conference.  Because the instant action involves a review of an administrative record, however, a case management conference has not been scheduled.